## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **DECLARATION** |
| **v.** | ) | **OF** |
| | ) | **TAKING** |
| **1.406 ACRES OF LAND, MORE OR** | ) | |
| **LESS, SITUATE IN WILL** | ) | |
| **COUNTY, STATE OF ILLINOIS,** | ) | |
| **SCOTT A. LEWIS et al.,** | ) | |
| | ) | **CIVIL NO.** 1:23-cv-1942 |
| | ) | |
| **Defendants.** | ) | **TRACT NOs. 301, 302, AND 501** |

## TO THE HONORABLE,
## THE UNITED STATES DISTRICT COURT:

I, Carla K. Coulson, Deputy Assistant Secretary of the Army (Installations, Housing and Partnerships) do hereby declare that:

1. The authority under which the 1.406 acres of fee simple estate is taken is set forth inattached Schedule A.

2. The public uses for the taking are set forth in attached Schedule B.

3. A description of the land taken is set forth in attached Schedule C.

4. A plat or map of the 1.406 acres of land is set forth in attached Schedule D.

5. The estate taken for said public uses is set forth in attached Schedule E.

6. The estimated just compensation is set forth in attached Schedule F.

7. A list of parties with their known addresses is set forth in attached Schedule G.

The gross sum estimated by me as just compensation for all of said land, which aggregates 1.46 acres, with all buildings and improvements thereon and all appurtenances thereto and including any and all interests hereby taken in said land is **TWO HUNDRED SEVENTY-FIVE THOUSAND DOLLARS ($275,000.00)**, which sum I cause to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto. In accordance with 40 U.S.C. § 3115(a), I am of the opinion that the ultimate award for said land probably will be within any limits prescribed by law on the price to be paid therefor.

**IN WITNESS WHEREOF**, the United States of America, by its Deputy Assistant Secretary of the Army, as exercised by the Deputy Assistant Secretary of the Army (Installations, Housing, and Partnerships) pursuant to delegation by General Order 2020-01 (March 6, 2020) and Assistant Secretary of the Army (Installations and Environment) Memorandum for Deputy Assistant Secretary of the Army (Installations and Housing) and Assistant for Real Property, Office of the Deputy Assistant Secretary of the Army (Installations and Housing) dated February 14, 2003, Subject: Real Estate Actions – Delegation of Authority, has caused this declaration to be signed in its name by said Carla K. Coulson, Deputy Assistant Secretary of the Army (Installations, Housing and Partnerships), this _9th_ day of _August_, 2022.

CARLA K. COULSON
Deputy Assistant Secretary of the Army
(Installations, Housing and Partnerships)

## SCHEDULE A

## AUTHORITY FOR THE TAKING:

The property is taken under and in accordance with 40 U.S.C. § § 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; and 33 U.S.C. § 591. Provision for the project described in Schedule B has been made by the following laws: Section 1135 of the Water Resources Development Act of 1986, 33 U.S.C. § 2309a; Section 1202(i)(3) of the Non-indigenous Aquatic Prevention and Control Act of 1990, Public Law 101-646, Title I, as amended, 16 U.S.C. § 4722(i)(3); and Section 3061 of the Water Resource Development Act of 2007, Public Law 110-114.

The funding for this acquisition was provided by the Consolidated Appropriations Act, 2014, Public Law 113-76, 128 Stat. 153.

## SCHEDULE B

## PUBLIC PURPOSE:

The property described in Schedule C is being taken for purposes of operating the Fish Barrier Project, which consists of three separate barrier systems, to prevent invasive species from reaching the Great Lakes by swimming through the Chicago Sanitary and Ship Canal. In particular, the property is required to provide a buffer area to operate the Permanent Barrier I.

## SCHEDULE C

## LEGAL DESCRIPTION

The land which is the subject matter of this proceeding consists of three tracts identified as Tract No. 301, Tract No. 302, and Tract No. 501, as more fully described below.

**Tract No. 301:**

**OWNER:** Scott A. Lewis, et ux
**ACRES:** 0.91
**ADDRESS:** 805 East Old Romeo Road

A certain tract of land situate in the southeast quarter of the southwest quarter of Section 35, Township 37 North, Range 10 East of the Third Principal Meridian, Will County, State of Illinois, and more particularly bounded and described as follows:

Commencing at the southeast corner of the southwest quarter of said Section 35; thence, along the south line of said southwest quarter,

South 88° 04' West 508.40 feet to a point 15 feet west of (as measured perpendicular thereto) the west line of the west 90 foot strip of the Illinois and Michigan Canal as described in Document Number R2000-137036, being the TRUE POINT OF BEGINNING, and said point being a corner common to the land now or formerly owned by the Village of Romeoville, et al, and the land of the subject owner; thence, leaving the land of said Village of Romeoville, continuing along said south line of said southwest quarter,

South 88° 04' West 149.52 feet to a corner common to the land now or formerly owned by PDV Midwest Refining, L.L.C., and the land of the subject owner; thence, leaving said south line of said southwest quarter, with the land of said PDV Midwest Refining, L.L.C., the following two (2) calls:

North 01° 59' West 156.00 feet,

South 88° 04' West, 48.96 to a point on the easterly right-of-way line of the Atchison, Topeka and Santa Fe Railroad Company per Deed Book 938 at Page 383; thence, leaving the land of said PDV Midwest Refining, L.L.C., with the easterly right-of-way line of said Atchison, Topeka and Santa Fe Railroad Company, along on a curve to the right, having a radius of 3,447.65 feet, a central angle of 01° 42', an arc length of 101.97 feet, and the long chord of said curve bears,

North 00° 46' East 101.97 feet to a corner common to the land of said Village of Romeoville and the land of the subject owner; thence, leaving the right-of-way of said Atchison, Topeka and Santa Fe Railroad Company, with the land of said Village of Romeoville and running parallel with the south line of the southwest quarter of said Section 35,

North 88° 04' East, 151.54 feet to a corner common to the land now or formerly owned by Scott A. Lewis, et ux, and the land of the subject owner; thence, leaving the land of said Village or Romeoville, with the land of said Scott A. Lewis, et ux, the following two (2) calls:

South 04° 31' West, 100 feet,

South 79° 49' East, 71.09 feet to a point on the westerly line of the land of said Village of Romeoville and being 15 feet west of (as measured perpendicular thereto) the west line of the west 90 foot strip of the said Illinois and Michigan Canal; thence, leaving the land of said Scott A. Lewis, et ux, with the land of said Village of Romeoville and running 15.00 feet west of and parallel with the west line of the west 90 foot strip of said Illinois and Michigan Canal,

South 04° 25' West 144.46 feet to the point of beginning, containing 0.91 acre, more or less. The bearings expressed herein are referenced to the Illinois State Plane Coordinate System, East Zone, NAD 83 (2007).

It is the intent of the foregoing description to include all the same land as that described in a deed from Rose Pounovich, a single woman, and Martha Pounovich, a single woman, by their Power Of Attorney, Alice Karpen, to Scott A. Lewis and Terri L. Lewis, husband and wife, joint tenants with the right of survivorship, dated December 15, 2000, filed for record December 18, 2000, and recorded in Document Number R2000137036. The above-mentioned instrument is of record in the Office of the Recorder, Will County, Illinois.

**Tract No. 302**

**OWNER:**    **Scott A. Lewis, et ux**
**ACRES:**     **0.17**
**ADDRESS:**  **405 South Edgewood Drive**

A certain tract of land situate in the southeast quarter of the southwest quarter of Section 35, Township 37 North, Range 10 East, of the Third Principal Meridian, DuPage Township, Will County, State of Illinois, and more particularly bounded and described as follows:

Commencing at the southeast corner of the southwest quarter of said Section 35; thence, along the south line of said southwest quarter,

South 88° 04' West 508.40 feet to a corner common to the land now or formerly owned by Scott A. Lewis, et ux, and the land now or formerly owned by the Village of Romeoville, et al, and being 15 feet west of (as measured perpendicular thereto) the west line of the west 90 foot strip of the Illinois and Michigan Canal as described in Document Number R2000137036; thence, with the line common to the land of said Scott A. Lewis, et ux, and the land of said Village of Romeoville, running 15.00 feet west of and parallel to the west line of the west 90 foot strip of said Illinois and Michigan Canal, North 04° 25' East 144.46 feet to a corner common to the land of said Scott A. Lewis, et ux, and the land of the subject owner, and being the TRUE POINT OF BEGINNING; thence, leaving the land of said Village of Romeoville, and with the land of said Scott A. Lewis, et ux, the following two (2) calls:

North 79° 49' West 71.09 feet,

North 04° 31' East, 100.00 feet to a point on the line of the land of said Village of Romeoville; thence, leaving the land of said Scott A. Lewis, et ux, with the land of said Village of Romeoville, and running parallel with the south line of said southwest quarter,

North 88° 04' East 71.00 feet to a point 15 feet west of (as measured perpendicular thereto) the west line of the west 90-foot strip of said Illinois and Michigan Canal; thence, continuing with the land of said Village of Romeoville, and running 15.00 feet west of and parallel to the west line of the west 90-foot strip of said Illinois and Michigan Canal,

South 04° 25' West 115.00 feet to the point of beginning, containing 0.17 acre, more or less. The bearings expressed herein are referenced to the Illinois State Plane Coordinate System, East Zone, NAD 83 (2007).

It is the intent of the foregoing description to include all the same land as that described in a deed from James G. Collins, divorced, and Jessica F. Coleman, a married person, to Scott A. Lewis and Terri L. Lewis, husband and wife, dated January 28, 2000, filed for record February 3, 2000, and recorded in Document Number R2000013786. The above-mentioned instrument is of record in the Office of the Recorder, Will County, Illinois.

**Tract No. 501**

**OWNER:**     **Scott A. Lewis**
**ACRES:**     **0.326 acres**
**ADDRESS:**     **790 and 800 East Old Romeo Road**


A certain tract of land situate in the northwest quarter of Section 2, Township 36 North, Range 10 East of the Third Principal Meridian, Will County, State of Illinois, described as follows:

COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 2; THENCE SOUTH 87 DEGREES 41 MINUTES 21 SECONDS WEST (BEARINGS REFERENCED TO ILLINOIS STATE PLANE COORDINATE SYSTEM, EAST ZONE NAD83 (2007)) ALONG THE NORTH LINE OF SAID NORTHWEST QUARTER, 79.86 FEET TO THE SOUTHEAST CORNER OF THE SOUTHWEST QUARTER OF SECTION 35, TOWNSHIP 37 NORTH, RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN; THENCE SOUTH 88 DEGREES 03 MINUTES 41 SECONDS WEST ALONG THE NORTH LINE OF THE NORTHWEST QUARTER OF SAID SECTION 2, 493.31 FEET TO A LINE 90.00 FEET (GROUND DISTANCE) WEST OF THE WEST BANK OF THE ILLINOIS AND MICHIGAN CANAL AS DESCRIBED IN DOCUMENT NUMBER R78-48262 AND POINT OF BEGINNING; THENCE CONTINUING SOUTH 88 DEGREES 03 MINUTES 41 SECONDS WEST ALONG SAID NORTH LINE, 179.00 FEET TO THE EAST LINE OF AN EXISTING HIGHWAY PER DOCUMENT NUMBER R78-48262; THENCE SOUTH 6 DEGREES 46 MINUTES 03 SECONDS EAST ALONG SAID EXISTING HIGHWAY, 83.29 FEET TO A POINT LINE 50.00 FEET SOUTH (AS MEASURED PERPENDICULAR THERE TO) AND PARALLEL WITH THE ROMEO ROAD (135 STREET)S OUTHERLY RIGHT-OF-WAY LINE; THENCE NORTH 88 DEGREES 03 MINUTES 41 SECONDS EAST PARALLEL WITH THE NORTH LINE OF THE NORTHWEST QUARTER OF SAID SECTION 2, 162.72 FEET TO A SAID WEST LINE OF THE WEST 90.00 FEET; THENCE NORTH 4 DEGREES 25 MINUTES 39 SECONDS EAST ALONG SAID WEST LINE, 83.51 FEET TO THE POINT OF BEGINNING, CONTAINING 0.326 ACRE (GROUND AREA), MORE OR LESS.


    It is the intent of the foregoing description to include all the same land as that described in a deed from Gloria R. Roecker, a widow, to Dennis T. Spryszak, a bachelor, dated December 4, 1978, filed for record December 5, 1978, and recorded in Document Number R78-48262.

    Pursuant to an Affidavit of Heirship dated August 22, 2019, filed for record January 13, 2020, and recorded in Document Number R2020003817, Dennis T. Spryszak died intestate on or about January 27, 2009, a resident of Woodridge, Illinois leaving as his sole heir at law his sister, Nancy S. Kwasny.

    Thereafter, Nancy S. Kwasny conveyed her interest in the subject property to Scott A. Lewis by quitclaim deed dated January 16, 2019, filed for record February 17, 2021, and recorded in Document Number R2021018725.

    The above-mentioned instruments are of record in the Office of the Recorder, Will County, Illinois.

**SCHEDULE D**

**PLATS AND MAPS**

**Schedule D-1**: The plat map shown in D-1 is for illustrative purposes only. D-1 depicts the approximate location of, and geographic relationship among Tracts 301, 302 and 501.

**Schedule D-2:** The first aerial image in D-2 shows the improvements within each tract. The second aerial image in D-2 names the potential occupants located on each tract.

**Schedule D-3:** D-3 contains a boundary survey of the Subject Property. "Parcel 3, Tract 1" refers to Tract 301, "Parcel 3, Tract 2" refers to Tract 302 and "Parcel 5" refers to Tract 501.

**Schedule D-4:** This is a supplement to the boundary survey in D-3, depicting the approximate location of Old Romeo Road which provides access to the Subject Property and is located underneath elevated East Romeo Road.

**SCHEDULE D-1**



**CORPS OF ENGINEERS**

**U.S. ARMY**

302

302

1   N79°49'W  71.09'
2   N04°31'E  100.00'
3   N88°04'E  71.00'
4   S04°25'W  115.00'

301

1   S88°04'W  149.52'
2   N01°59'W  156.00'
3   S88°04'W  48.96'
4   L= 101.97  R=3,477.65'
    C= N0°46'E  101.97'
5   N88°04'E  151.54'
6   S04°31'W  100.00'
7   S79°49'E  71.09'
8   S04°25'W  144.46'

EAST ROMEO ROAD

501

501

1   S04°26'W  83.51'
2   S88°04'W  162.72'
3   N06°46'W  83.29'
4   N88°04'E  179.00'

Scott A. Lewis ET UX
1.41 Total Acres
R2000137036
R2000013786
R2020003817

LANDS TO BE CONDEMNED

**PLAT MAP**
**CHICAGO SANITARY & SHIP**
**CANAL DISPERSAL BARRIERS**
Will County, IL
Tract Nos. 301, 302, & 501

100      0      100      200

**SCALE IN FEET**

SCHEDULE D-2

302

301

501



US Army Corps
of Engineers ®
Chicago District

**CHICAGO SANITARY & SHIP
CANAL DISPERSAL BARRIERS**

**Will County, Illinois**



# SCHEDULE D-2



**Tract 501**
**800 E Old Romeo Rd**
Potential Occupants
Scott A. Lewis
Terri L. Lewis
Richard Lewis

**Tract 301**
**805 E Old Romeo Rd**
Potential Occupants
Richard Lewis
Donard Ndovi

**Tract 302**
**405 S EdgewoodDr**
Potential Occupants
Unknown

# PLAT OF SURVEY

## PART OF THE SOUTHWEST QUARTER OF SECTION 35, TWP. 37 NORTH, RANGE 10 EAST, 3RD P.M.
### WILL COUNTY, ILLINOIS



US Army Corps
of Engineers®

TRACT 1 (12) 02-35-300-011
TRACT 2 (12) 02-35-300-013

N

0'  25' 50'        100'

SCALE: 1" = 50'

HORIZONTAL DATUM IS NAD 83 (2007)
ILLINOIS EAST ZONE 1201
VERTICAL DATUM IS NAVD 1988
UNITS ARE IN FEET AND TENTHS
OF A FOOT

### LEGEND

———— WALL OF MAIN CHANNEL
———— PROPOSED PERMANENT EASEMENT
———— EXISTING EASEMENT
———— BRIDGE OUTLINE
———— EXISTING DEDICATED HIGHWAY
———— EDGE OF GRAVEL ROAD
———— RAILROAD CENTERLINE
———— PROPERTY LINE
———— QUARTER SECTION LINE
———— SECTION LINE
———— TOWNSHIP LINE
———— FENCE LINE
●  SET 5/8" REBAR WITH CAP
    (UNLESS OTHERWISE NOTED)
○  FOUND MONUMENTATION

(S) = STRICKLAND
(M) = MEASURED
(B) = BROWN

PARCEL 3 TRACT 2
0.174 ACRES +/-
(GROUND AREA)

PARCEL 3 TRACT 1
0.906 ACRES +/-
(GROUND AREA)

(135TH ST.)   EAST    ROMEO    ROAD

## LINE LEGEND

(A) S 88°04'09" W  48.96'
(B) L= 101.97'
    R= 3,447.65'
    CH= N 0°46'35" E
    CHD 101.97'

## NOTE

ALL DISTANCES SHOWN ARE GRID DISTANCES.
(GRID DISTANCES X 1.00004208 = GROUND DISTANCES)

FIELD WORK COMPLETED ON: 3/04/2014

## SURVEYOR'S STATEMENT

I, COVENTINE FIDIS, HEREBY STATE THAT I AM A
PROFESSIONAL LAND SURVEYOR OF THE STATE OF
ILLINOIS; THAT THE SURVEY OR THE PROPOSED
DISPERSAL BARRIER, PLAT OF SURVEY, WAS MADE BY
ME OR UNDER MY DIRECT SUPERVISION; THAT THE LAND
CORNER TIES AS SHOWN HEREON, ARE A TRUE AND
CORRECT REPRESENTATION OF SAID SURVEY; AND
THAT THE PLAT CONFORMS TO THE CURRENT ILLINOIS
MINIMUM STANDARDS FOR BOUNDARY SURVEYS.

DATED THIS 30 DAY OF JUNE, 2014

COVENTINE FIDIS - ILLINOIS PROFESSIONAL
LAND SURVEYOR NO. 35-2159
MY LICENSE EXPIRES 11/30/2014

### PARCEL 3 TRACT 1 LEGAL DESCRIPTION

A PART OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 35, TOWNSHIP 37 NORTH, RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN, WILL COUNTY, STATE OF ILLINOIS, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF THE SOUTHWEST QUARTER OF SAID SECTION 35; THENCE SOUTH 88 DEGREES 03 MINUTES 41 SECONDS WEST (BEARINGS REFERENCED TO ILLINOIS STATE PLANE COORDINATE SYSTEM, EAST ZONE NAD83 (2007)) ALONG THE SOUTH LINE OF SAID SOUTHWEST QUARTER, 508.40 FEET TO A LINE BEING 15.00 FEET WEST OF (AS MEASURED PERPENDICULAR THERETO) AND PARALLEL WITH THE WEST LINE OF THE 90 FOOT STRIP OF THE ILLINOIS AND MICHIGAN CANAL AS DESCRIBED IN DOCUMENT NUMBER R2000-137036 AND ALSO BEING THE POINT OF BEGINNING; THENCE CONTINUING SOUTH 88 DEGREES 03 MINUTES 41 SECONDS WEST ALONG SAID SOUTH LINE, 149.52 FEET; THENCE NORTH 1 DEGREE 58 MINUTES 53 SECONDS WEST, 156.00 FEET; THENCE SOUTH 88 DEGREES 04 MINUTES 09 SECONDS WEST, 48.96 FEET TO THE EASTERLY RIGHT-OF-WAY LINE OF THE ATCHISON, TOPEKA AND SANTA FE RAILROAD COMPANY PER BK. 938, PG. 383; THENCE NORTHEASTERLY ALONG SAID EASTERLY RIGHT-OF-WAY LINE 101.97 FEET ON CURVE TO THE RIGHT, HAVING A RADIUS OF 3,447.65 FEET, A CENTRAL ANGLE OF 1 DEGREE 41 MINUTES 41 SECONDS AND THE LONG CHORD OF SAID CURVE BEARS NORTH 0 DEGREES 45 MINUTES 35 SECONDS EAST, 101.97 FEET; THENCE NORTH 88 DEGREES 03 MINUTES 41 SECONDS EAST PARALLEL WITH THE SOUTH LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 35, 151.54; THENCE SOUTH 4 DEGREES 31 MINUTES 03 SECONDS WEST, 100.00 FEET; THENCE SOUTH 79 DEGREES 49 MINUTES 07 SECONDS EAST, 71.09 FEET TO A LINE BEING 15.00 FEET WEST OF (AS MEASURED PERPENDICULAR THERETO AND PARALLEL WITH THE WEST LINE OF THE WEST 90 FOOT STRIP; THENCE SOUTH 4 DEGREES 25 MINUTES 17 SECONDS WEST ALONG SAID PARALLEL LINE, 144.46 FEET TO THE POINT OF BEGINNING, CONTAINING 0.906 ACRE, (GROUND AREA), MORE OR LESS.

### PARCEL 3 TRACT 2 LEGAL DESCRIPTION

A PART OF THE SOUTHEAST QUARTER OF THE SOUTHWEST QUARTER OF SECTION 35, TOWNSHIP 37 NORTH, RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN, WILL COUNTY, STATE OF ILLINOIS, DESCRIBED AS FOLLOWS:

COMMENCING AT THE SOUTHEAST CORNER OF THE SOUTHWEST QUARTER OF SAID SECTION 35; THENCE SOUTH 88 DEGREES 03 MINUTES 41 SECONDS WEST (BEARINGS REFERENCED TO ILLINOIS STATE PLANE COORDINATE SYSTEM, EAST ZONE NAD83 (2007)) ALONG THE SOUTH LINE OF SAID SOUTHWEST QUARTER, 508.40 FEET TO A LINE BEING 15.00 FEET WEST OF (AS MEASURED PERPENDICULAR THERETO) AND PARALLEL WITH THE WEST LINE OF THE WEST 90 FOOT STRIP OF THE ILLINOIS AND MICHIGAN CANAL AS DESCRIBED IN DOCUMENT NO. R2000-137036; THENCE NORTH 4 DEGREES 25 MINUTES 17 SECONDS EAST ALONG SAID PARALLEL LINE, 144.46 FEET TO THE POINT OF BEGINNING; THENCE NORTH 79 DEGREES 49 MINUTES 07 WEST 71.09 FEET; THENCE NORTH 4 DEGREES 31 MINUTES 03 SECONDS EAST 100.00 FEET; THENCE NORTH 88 DEGREES 03 MINUTES 41 SECONDS EAST PARALLEL WITH THE SOUTH LINE OF THE SOUTHWEST QUARTER OF SAID SECTION 35, 151.54 FEET TO A LINE BEING 15.00 FEET WEST OF (AS MEASURED PERPENDICULAR THERETO) AND PARALLEL WITH THE WEST LINE OF THE WEST 90 FOOT STRIP; THENCE SOUTH 4 DEGREES 25 MINUTES 17 SECONDS WEST ALONG SAID PARALLEL LINE, 115.00 FEET TO THE POINT OF BEGINNING, CONTAINING 0.174 ACRE, (GROUND AREA), MORE OR LESS.

DISPERSAL BARRIER
REAL ESTATE EASEMENT SURVEY
CHICAGO DISTRICT
CHICAGO, ILLINOIS

US ARMY CORPS OF ENGINEERS

AMERICAN SURVEYING
& ENGINEERING
888 S. EDGELAWN DRIVE
AURORA, ILLINOIS 60506

PLAT OF SURVEY PARCEL 3
(NEAR ROMEOVILLE)

SHEET
IDENTIFICATION
V-SP
SHEET 3 OF 11



# PLAT OF SURVEY

## PART OF THE NORTHEAST QUARTER OF SECTION 2, TWP. 36 NORTH, RANGE 10 EAST, 3RD P.M.
### WILL COUNTY, ILLINOIS

(11) 04-02-100-006

**US Army Corps of Engineers**

SCALE: 1" = 50'
0'   25' 50'            100'

HORIZONTAL DATUM IS NAD 83 (2007)
ILLINOIS EAST ZONE 1201
VERTICAL DATUM IS NAVD 1988
UNITS ARE IN FEET AND TENTHS
OF A FOOT

### LEGEND

| | |
|---|---|
| | WALL OF MAIN CHANNEL |
| | PROPOSED PERMANENT EASEMENT |
| | EXISTING EASEMENT |
| | BRIDGE OUTLINE |
| | EXISTING DEDICATED HIGHWAY |
| | EDGE OF GRAVEL ROAD |
| | RAILROAD CENTERLINE |
| | PROPERTY LINE |
| | QUARTER SECTION LINE |
| | SECTION LINE |
| | TOWNSHIP LINE |
| | FENCE LINE |
| ● | SET 5/8" REBAR WITH CAP (UNLESS OTHERWISE NOTED) |
| ○ | FOUND MONUMENTATION |

(B) = BROWN
(G) = GOV.

### NOTE

ALL DISTANCES SHOWN ARE GRID DISTANCES.
(GRID DISTANCES X 1.00000208 = GROUND DISTANCES)

FIELD WORK COMPLETED ON: 3/04/2014

### SURVEYOR'S STATEMENT

I, COVENTINE FIDIS, HEREBY STATE THAT I AM A PROFESSIONAL LAND SURVEYOR OF THE STATE OF ILLINOIS; THAT THE SURVEY OF THE PROPOSED DISPERSAL BARRIER PLAT OF SURVEY, WAS MADE BY ME OR UNDER MY DIRECT SUPERVISION; THAT THE LAND CORNER TIES AS SHOWN HEREON, ARE A TRUE AND CORRECT REPRESENTATION OF SAID SURVEY; AND THAT THE PLAT CONFORMS TO THE CURRENT ILLINOIS MINIMUM STANDARDS FOR BOUNDARY SURVEYS.

DATED THIS 17th DAY OF OCTOBER, 2014

COVENTINE FIDIS - ILLINOIS PROFESSIONAL
LAND SURVEYOR NO. 35-2159
MY LICENSE EXPIRES 11/30/2014

**SHEET IDENTIFICATION**
V-SP

### PARCEL 5 LEGAL DESCRIPTION

A PART OF THE NORTHWEST QUARTER OF SECTION 2, TOWNSHIP 36 NORTH, RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN, WILL COUNTY, STATE OF ILLINOIS, DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF THE NORTHWEST QUARTER OF SAID SECTION 2; THENCE SOUTH 87 DEGREES 41 MINUTES 21 SECONDS WEST (BEARINGS REFERENCED TO ILLINOIS STATE PLANE COORDINATE SYSTEM, EAST ZONE NAD83 (2007)) ALONG THE NORTH LINE OF SAID NORTHWEST QUARTER, 79.86 FEET TO THE SOUTHEAST CORNER OF THE SOUTHWEST QUARTER OF SECTION 35, TOWNSHIP 37 NORTH, RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN; THENCE SOUTH 88 DEGREES 03 MINUTES 41 SECONDS WEST ALONG THE NORTH LINE OF THE NORTHWEST QUARTER OF SAID SECTION 2, 493.31 FEET TO A LINE 90.00 FEET (GROUND DISTANCE) WEST OF THE WEST BANK OF THE ILLINOIS AND MICHIGAN CANAL AS DESCRIBED IN DOCUMENT NUMBER R78-48262 AND POINT OF BEGINNING; THENCE CONTINUING SOUTH 88 DEGREES 03 MINUTES 41 SECONDS WEST ALONG SAID NORTH LINE, 179.00 FEET TO THE EAST LINE OF AN EXISTING HIGHWAY PER DOCUMENT NUMBER R78-48262; THENCE SOUTH 6 DEGREES 46 MINUTES 03 SECONDS EAST ALONG SAID EXISTING HIGHWAY, 83.29 FEET TO A POINT LINE 50.00 FEET SOUTH (AS MEASURED PERPENDICULAR THERE TO) AND PARALLEL WITH THE ROMEO ROAD (135 STREET) SOUTHERLY RIGHT-OF-WAY LINE; THENCE NORTH 88 DEGREES 03 MINUTES 41 SECONDS EAST PARALLEL WITH THE NORTH LINE OF THE NORTHWEST QUARTER OF SAID SECTION 2, 162.72 FEET TO A SAID WEST LINE OF THE WEST 90.00 FEET; THENCE NORTH 4 DEGREES 25 MINUTES 39 SECONDS EAST ALONG SAID WEST LINE, 83.51 FEET TO THE POINT OF BEGINNING, CONTAINING 0.326 ACRE (GROUND AREA), MORE OR LESS.

PARCEL 5
0.326 ACRES +/-
(GROUND AREA)

(135TH ST.) EAST ROMEO ROAD

PLAT OF SURVEY PARCEL 5

# Schedule D-4

# PLAT OF SURVEY

*PART OF THE SOUTHWEST QUARTER OF SECTION 35, TWP 37 NORTH & NORTHWEST QUARTER OF SECTION 2, TWP. 36 NORTH, RANGE 10 EAST OF THE 3RD P.M.*
*WILL COUNTY, ILLINOIS*



N

0    50    100'

SANTA FE RAILROAD

MICHIGAN CANAL

Parcel 3 Tract 1
0.906 ACRES +/-
(GROUND AREA)

RIGHT OF WAY

EDGE OF BRIDGE (ABOVE)

ROAD (BELOW)

OLD ROMEO ROAD (ABOVE)

ASPHALT

BOX CULVERT

ASPHALT

EAST ROMEO

EDGE OF BRIDGE (ABOVE)

RIGHT OF WAY

Parcel 5
0.326 ACRES +/-
(GROUND AREA)

ATCHINSON, TOPEKA AND

ILLINOIS AND

US ARMY CORPS OF ENGINEERS
CHICAGO DISTRICT
231 S. LASALLE ST. SUITE 1500
CHICAGO, ILLINOIS 60604

FISH DISPERSAL BARRIER
MASTER PLAN
WILL COUNTY, ILLINOIS

FISH BARRIER
UNDERLYING OLD ROMEO ROAD

DESIGNED BY:
C. MARSHALL
DRAWN BY:
A. KARR
CHECKED BY:
A. KARR
SUBMITTED BY:
J.D. ENNIS

ISSUE DATE:
JAN 2023
SOLICITATION NO.
CONTRACT NO.
PROJECT ID:

NOTE:

NORTH AMERICAN DATUM 1983 (2011) (NAD83)
NORTH AMERICAN VERTICAL DATUM 1988 (NAVD88)

ALL DISTANCES SHOWN ARE GRID DISTANCES.
(GRID DISTANCES X 1.00004208 = GROUND DISTANCES)

THIS SURVEY IS A COMPILATION BASED ON A SURVEY
BY AMERICAN SURVEYING & ENGINEERING P.C. DATED JUNE 17, 2014
AND A FIELD SURVEY ON DEC 21, 2022 BY USACE.

SHEET ID

V-001

**SCHEDULE E**

**ESTATE TAKEN**

The estate to be acquired for said use is fee simple title, subject, however, to existing easements for public roads and highways, public utilities, railroads, and pipelines.

## SCHEDULE F

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the interests being taken is ONE HUNDRED FORTY-SEVEN THOUSAND ($147,000.00) for Tract 301, TWENTY-EIGHT THOUSAND DOLLARS ($28,000.00) for Tract 302, and ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for Tract 501 for a total deposit of TWO HUNDRED SEVENTY-FIVE THOUSAND ($275,000.00).

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated in the public records and any other information available to the United States.[1] *See* Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference (if known) |
|---|---|
| Scott A. Lewis and Terri L. Lewis<br>800 East Old Romeo Road<br>Lockport, IL 60441-5853 | For Tract 301, a Deed recorded as Document Number R 2000-0137036 in the Official Public Records of the Will County Recorder, Illinois.<br><br>For Tract 302, a Deed recorded Document Number R 2000- 013786 in the Official Public Records of the Will County Recorder, Illinois.<br><br>For Tract 501, a Quit Claim Deed vested in Scott A. Lewis, married to Terri L. Lewis, from Nancy S. Kwasny, recorded February 17, 2021, in the Official Public Records of the Will County Recorder, Illinois, as Document Number R2021018725. |
| Donard Ndovi<br>805 East Old Romeo Road<br>Lockport, IL 60441-5853 | Potential tenant in possession, Tract No. 301 |
| Richard Lewis<br>805 East Old Romeo Road<br>Lockport, IL 60441-5853<br><br>800 East Old Romeo Road<br>Romeoville, IL 60446 | Potential tenant in possession, Tract Nos. 301 and 501 |

---

[1] Numerous attempts were made in-person and via written correspondence to identify the tenant-occupants of the Subject Property, without success.

| | |
|---|---|
| Unknown Tenants in Possession<br>805 East Old Romeo Road<br>Lockport, IL 60441-5853 | Tract No. 301 |
| Unknown Tenants in Possession<br>405 South Edgewood Drive<br>Lockport, IL 60441 | Tract No. 302 |
| Unknown Heirs and Devisees of Dennis T. Spryszak | For Tract 501, a Warranty Deed vested in Dennis T. Spryzak from Gloria R. Roecker, recorded December 5, 1978, in the Official Public Records of the Will County Recorder, Illinois, as Document Number R78-48262. |
| Unknown Tenants in Possession<br>790 East Old Road<br>Romeoville, IL 60446 | Tract No. 501 |
| Unknown Tenants in Possession<br>800 East Old Romeo Road<br>Romeoville, IL 60446 | Tract No. 501 |
| Will County Treasurer<br>302 N. Chicago Street<br>Joliet, IL 60432 | Taxing authority, Tract Nos. 301, 302, 501 |