# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 1:23-cv-1942 |
| v. | ) | |
| | ) | |
| 1.406 ACRES OF LAND, MORE OR LESS, SITUATE IN WILL COUNTY, STATE OF ILLINOIS; SCOTT A. LEWIS AND TERRI L. LEWIS, HUSBAND AND WIFE; et al., | ) ) ) ) ) ) | |
| Defendants. | ) | TRACT NOs. 301, 302, AND 501 |

## NOTICE OF CONDEMNATION

**TO:** All those persons and entities listed in Schedule G, which is attached hereto and made a part hereof

YOU ARE HEREBY NOTIFIED that Plaintiff, the United States of America, has filed a Complaint in Condemnation and a Declaration of Taking (under 40 U.S.C. § 3114) with the Office of the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, to condemn certain estates, described in Schedule E attached hereto, for public purposes in the property described in Schedule C and depicted in Schedule D, attached hereto. The authority for the taking is set forth in Schedule A, attached hereto. The uses for which the property is to be taken are set forth in Schedule B, attached hereto.

If you have any objection or defense to the taking of the property in which you may have or claim some interest, you are required to serve upon Plaintiff's attorneys, at either of the addresses listed below of this Notice, within twenty-one (21) days after service of this Notice upon you,

exclusive of the date of service, an Answer identifying the property in which you claim to have an interest, stating the nature and extent of the interest claimed, and stating all your objections and defenses to the taking of the property.

A failure to serve an Answer shall constitute consent to the taking and to the authority of the Court to proceed to hear the action and to fix the just compensation. It shall also constitute a waiver of all defenses and objections to the taking.

If you have no objection or defense to the taking you may file with the Court, and serve on the Plaintiff's attorneys, a Notice of Appearance and thereafter you shall receive notice of all proceedings in this matter.

You are further notified that at the trial of the issue of just compensation, whether or not you have answered or served a Notice of Appearance, you may present evidence as to the amount of compensation to be paid for the property acquired herein and you may share in the distribution of the award for compensation.

You are further notified, however, that unless you file a Notice of Appearance, this proceeding may proceed to pretrial or trial without further notice to you.

You are further notified that all persons, firms, and corporations named as Defendants herein are joined as Defendants generally to the end that all right, title, interest and estate of all said Defendants to any and all of the lands herein involved shall be divested out of them to the extent of the estate taken in the Declaration of Taking.

You are further notified that a Declaration of Taking has been filed in this case whereby the interest condemned vests in the United States when estimated just compensation as set forth in Schedule F, attached hereto, is deposited in the registry of the Court, in an interest-bearing account for the use of the persons entitled thereto.

DATED: March 28, 2023　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MORRIS PASQUAL
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　NIGEL B. COONEY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　(312) 353-1996
　　　　　　　　　　　　　　　　　　nigel.cooney@usdoj.gov

　　　　　　　　　　　　　　　　By: s/ Charlotte Huffman
　　　　　　　　　　　　　　　　　　CHARLOTTE HUFFMAN
　　　　　　　　　　　　　　　　　　Illinois Bar No. 6296779
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　Environment & Natural Resources Div.
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　P.O. Box 7611 – Ben Franklin Station
　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　(202) 305-5160
　　　　　　　　　　　　　　　　　　charlotte.huffman@usdoj.gov


　　　　　　　　　　　　　　　　　　SCOTT W. STEMETZKI
　　　　　　　　　　　　　　　　　　Washington, DC Bar No. 1030512
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　Environment & Natural Resources Div.
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　P.O. Box 7611 – Ben Franklin Station
　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　 (202) 305-0298
　　　　　　　　　　　　　　　　　　scott.stemetzki@usdoj.gov


　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff United States of America*